

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Edward Deleon,          * From the 104th District Court
of Taylor County,
Trial Court No. 24062-B.

Vs. No. 11-23-00163-CR       * July 17, 2025

The State of Texas,        * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to correctly reflect the statute of conviction as Section 33.021(c) of the Texas Penal Code, and to correctly reflect that the degree of the offense is a second-degree felony. As modified, we affirm the judgment of the trial court.